IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAWANA S. WILLIAMS,** | : |
| **Plaintiff,** | : |
| v. | : Case No.: 1:24-cv-02557-ABJ |
| **MICROSOFT CORPORATION,** | : |
| **Defendant.** | : |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Orders entered on February 9, 2025 and May 16, 2025, Plaintiff Kawana S. Williams and Defendant Microsoft Corporation ("Microsoft"), respectfully provide the Court with the following Joint Status Report.

1. On February 5, 2025, the Parties filed a Joint Status Report informing the Court that the AAA had acknowledged that each Party was ready to proceed with arbitration and that the AAA would move forward with appointment of an arbitrator.

2. On February 19, 2025, the AAA confirmed appointment of an arbitrator.

3. On April 4, 2025, the Parties had their Preliminary Management Hearing with the Arbitrator.

4. On April 9, 2025, the AAA issued a Scheduling Order setting the date for the arbitrator hearing on November 7, 2025.

5. Plaintiff and Microsoft are currently engaged and cooperating in the AAA's arbitration process per the Scheduling Order.

6. The Parties request that the case remain stayed.

7.   The Parties shall keep the Court updated as to the status of the arbitration proceeding from time to time as requested by the Court, and the parties shall inform the Court when the arbitration proceeding concludes so that the Court may close this matter.

DATED: May 20, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Patrick J. Curran Jr.* <br> Patrick J. Curran Jr. (D.C. Bar #1026302) <br> Davis Wright Tremaine LLP <br> 1301 K Street NW, Suite 500 East <br> Washington, DC 20005 <br> (202) 973-4200 <br> (202)-973-4499 (facsimile) <br> patcurran@dwt.com <br><br> *Counsel for Defendant Microsoft Corporation* | */s/ Kawana Williams* <br> Kawana Williams, Ph.D. <br> 3030 30th Street SE, #301 <br> Washington, DC 20020 <br> (240) 620-1587 <br> kawana.williams@waldenu.edu <br><br> *Plaintiff* |

**CERTIFICATE OF SERVICE**

I, Patrick J. Curran Jr., hereby certify that on May 20, 2025, a copy of the foregoing was served, via electronic and first-class mail, postage prepaid, upon:

Kawana Williams – kawana.williams@waldenu.edu
3030 30th Street SE, #301
Washington, DC 20020

　　　　　　　　　　　　　　　　　　　　　　*/s/ Patrick J. Curran Jr.*
　　　　　　　　　　　　　　　　　　　　　　Patrick J. Curran Jr.